# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0062.  IN THE INTEREST OF J.N., A CHILD (MOTHER).**

Upon consideration of the motion for extension of time in which to file a discretionary application that was filed in this Court on July 11, 2022, the motion is hereby GRANTED. Appellant will have until July 29, 2022 to file an application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/11/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*